IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA | § | |
| | § | |
| V. | § | CASE NO. 5:15-CV-00879-XR |
| | § | |
| STEVENS TANKER DIVISION, LLC | § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Plaintiffs and submits the following as Designation of Experts:

Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Attorney for Plaintiffs. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to the prosecution of Plaintiffs' claims, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Plaintiffs' claims.

Thomas N. Cammack, III
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Attorney for Plaintiffs. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to the prosecution of Plaintiffs' claims, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Plaintiffs' claims.

Alan Braun
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Attorney for Plaintiffs. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to the prosecution of Plaintiffs' claims, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Plaintiffs' claims.

Chris McJunkin
Attorney at Law
2842 Lawnview
Corpus Christi, Texas 78404
(361) 882-5747

Attorney for Plaintiffs.  Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to the prosecution of Plaintiffs' claims, expert fees, court costs and expenses.  May also testify regarding the applicable law and facts as they relate to Plaintiffs' claims.

**Respectfully Submitted,**

**BY:** *_/s/ Adam Poncio_*

**ADAM PONCIO**
**State Bar No. 16109800**
**THOMAS N. CAMMACK, III**
**State Bar No. 24073762**
**ALAN BRAUN**
**State Bar No. 24054488**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Rd., Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone:(210) 212-7979**
**Facsimile:(210) 212-5880**

**Chris McJunkin**
**Attorney at Law**
**State Bar No. 13686525**
**2842 Lawnview**
**Corpus Christi, Texas 78404**
**Telephone: (361) 882-5747**
**Facsimile: (361) 882-8926**

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day May 2016, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF system and served on the following interested parties:

Stephen C. Key
John L. Freeman
Key Harrington Barnes, PC
3710 Rawlins St., Suite 950
Dallas, TX 75219
(214) 615-7923 Telephone
(214) 615-7926 Facsimile

*/s/ Adam Poncio*
**ADAM PONCIO**