IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-879-XR |
| | § | |
| | § | |
| STEVENS TANKER DIVISION, LLC, | § | |
| Defendant | § | |

## ADVISORY REGARDING PLAINTIFFS' MOTION TO COMPEL

The parties have presently resolved the issues raised in the Motion to Compel (Dkt 36)and based on representations by defense counsel no hearing on the motion is necessary.

Respectfully Submitted,

By: /s/ Adam Poncio
Adam Poncio
Southern District No. 194847
State Bar No. 16109800
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone:   (210) 212-7979
Facsimile:   (210) 212-5880


Chris McJunkin
Southern District No.23548
State Bar #13686525
2842 Lawnview
Corpus Christi, Tx. 78404
Tel: (361) 882-5747
Fax: (361) 882-8926

## CERTIFICATE OF SERVICE

I served this document on all parties via the Court's ECF System on August 16, 2016.

                    */s/ Adam Poncio*
                    Adam Poncio