IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:15-cv-879 |
| | § | |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| Defendant. | § | |

JOINT ADVISORY TO THE COURT
REGARDING SCHEDULING ORDER

    Plaintiff Michael Espinosa and Defendant Stevens Tanker Division, LLC make this Joint Advisory pursuant to the Court's Request. The parties desire a Revised Scheduling Order in light of the Court's granting the Plaintiff's Motion for Conditional Class Certification (Docket No. 20). The parties are discussing proposed dates and will submit an agreed proposed revised scheduling order to the Court this week.

    Respectfully submitted,

    KEY HARRINGTON BARNES, PC

    BY:    /s/ Stephen C. Key
          STEPHEN C. KEY
          State Bar No. 00791022
          JOHN L. FREEMAN
          State Bar No. 07425500

    3710 Rawlins Street, Suite 950
    Dallas, Texas 75219
    214/615-7929 (Key)
    214/615-7923 (Freeman)
    214/615-7926 (Facsimile)
    skey@keyharrington.com
    jfreeman@keyharrington.com
    ATTORNEYS FOR DEFENDANT

        PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:    (210) 212-7979
Facsimile:    (210) 212-5880
salaw@msn.com

BY          /s/ Adam Poncio
     ADAM PONCIO
     State Bar No. 16109800

ATTORNEYS FOR PLAINTIFF