IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:15-cv-879 |
| | § | |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| Defendant. | § | |

<u>AMENDED JOINT ADVISORY TO THE COURT
REGARDING SCHEDULING ORDER</u>

    1.    Plaintiff Michael Espinosa and Defendant Stevens Tanker Division, LLC make this Amended Joint Advisory pursuant to the Court's Request. The parties desire a Revised Scheduling Order in light of the Court's granting the Plaintiff's Motion for Conditional Class Certification (Docket No. 20). The parties have discussed and agreed upon proposed dates except for the discovery period which is reflected below.

    2.    The parties propose the following dates:

October 21, 2016--End of Notice period

February 1, 2017--End of Discovery period-(Defendant's Proposed Date)

February 20, 2017--Deadline to file Motions for Summary Judgment-(Defendant's Proposed Date)

April 3, 2017—End of Discovery period-(Plaintiff's Proposed Date)

April 21, 2017—Deadline to file Motions for Summary Judgment-(Plaintiff's Proposed Date)

- The parties desire that the deadline to file motions for summary judgment be set after the end of the discovery period.

July 1, 2017--Deadline to file Decertification Motion

August 1, 2017--Pretrial Disclosures, Witness List & Exhibit List served

August 14, 2017--File and serve objections to Pretrial Disclosures, Witness List & Exhibit List

August 28, 2017--Joint Pretrial Order due

(            )--Pretrial Conference (To be set by the Court)

(            )--Serve Demonstrative Exhibits (To be set by the Court).

October 2, 2017--Trial

    3.  Any additional deadlines to be set by the Court.

Respectfully submitted,

KEY HARRINGTON BARNES, PC

BY:    /s/ Stephen C. Key
        STEPHEN C. KEY
        State Bar No. 00791022
        JOHN L. FREEMAN
        State Bar No. 07425500

3710 Rawlins Street, Suite 950
Dallas, Texas 75219
214/615-7929 (Key)
214/615-7923 (Freeman)
214/615-7926 (Facsimile)
skey@keyharrington.com
jfreeman@keyharrington.com
ATTORNEYS FOR DEFENDANT

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:    (210) 212-7979
Facsimile:    (210) 212-5880
salaw@msn.com

BY    /s/ Adam Poncio
    ADAM PONCIO
    State Bar No. 16109800

ATTORNEYS FOR PLAINTIFF