| | | |
|---|---|---|
| THE STATE OF TEXAS | § | **POWER OF ATTORNEY AND FEE CONTRACT** |
| | § | **WITH RETAINER** |
| COUNTY OF BEXAR | § | |

THIS **AGREEMENT** is made at San Antonio, Texas, between the undersigned client(s) and the PONCIO LAW OFFICES, P.C., Attorneys-at-Law, 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550, hereinafter referred to as Law Firm or Attorneys.

In consideration of the mutual promises herein contained, client(s) and the Law Firm agree as follows:

## I.
## PURPOSE OF REPRESENTATION

**1.01**   Each Client hereby retains the PONCIO LAW OFFICES, P.C. to fully prosecute all claims against all necessary defendants arising out of her/his claims regarding discrimination, wrongful termination, constructive discharge, retaliation and/ or unpaid wages which occurred involving Michael Espinosa and Stevens Tanker Division in Wilson County, Stockdale, Texas, and to litigate or compromise and settle all claims accruing out of said event(s).

## II.
## ATTORNEY'S FEES AND LITIGATION EXPENSES

**2.01**   In consideration of services rendered by the Law Firm, the Client hereby agrees to pay the Law Firm thirty-three and one-third percent (33 1/3%) of the gross amount of any settlement or judgment collected herein, in addition to the client's agreement to pay an initial non-refundable cash retainer of $750.00 and a non-refundable cash filing fee of $500.00, for the evaluation and preparation of the suit and file in the matter.

**2.02**   In consideration of services rendered by the Law Firm, the Client hereby agrees to pay the Law Firm forty (40%) of the gross amount of any settlement or judgment collected herein in the event that it becomes necessary to file a lawsuit or arbitration on Client's behalf.

**2.03**   Any decision to represent Client in a post-trial or post-judgment appeal shall be within the

sole discretion of counsel, and the inclusion of this provision shall not be interpreted as any agreement that counsel will represent you, or has agreed to represent you, in connection with any appeal. The percentage interests assigned to counsel are based on gross settlement funds or the gross amount of judgment. This would include all amounts recovered, including, but not limited to all actual and/or compensatory damages, punitive and/or exemplary damages, interest and any attorney's fees awarded by the court or agreed to be paid by the Defendant(s). It is understood and agreed that in the event that attorney's fees are awarded by the court by judgment or otherwise, the compensation granted to counsel shall be greater of the following: 1. The attorney's fees awarded by the Court (or arbitrator); or 2. The amount of attorney's fees the Defendant(s) agree(s) to pay on your behalf; or 3. The percentages set forth above, in addition to case related expenses..

INITIALS

**2.04**    Client(s) hereby further agrees to reimburse the Law Firm for any and all expenses incurred by said Law Firm for expenses, including, but not limited to, court costs, bonds, deposition fees, transcript fees, reprographic fees, expert witness fees, structured settlement specialists, subpoena fees, travel expenses, investigation fees, telephone expenses, medical record fees, medical consultation fees, expert consultation fees, photography costs, witness fees, graphics artists fees, demonstrative evidence costs, and any other expenses which the Attorney, in his/her professional judgment determines to be necessary in the proper prosecution of this case. Client understands that for purposes of this Agreement, the Firm will be reimbursed as an expense any and all "Amounts advanced by this firm to pay the costs of prosecuting or defending a claim or action or otherwise protecting or promoting the client's interests and said advance will bear interest at the **lesser** of (i) the Bank Rate Monitor National Index for personal loans effective on the date of the initial advance and (ii) the highest lawful rate allowed by applicable law." Such expenses will be paid by client and/or client agrees to forward funds to attorneys for said expenses within fourteen days of the

2

request for payment or reimbursement of said expenses. Client agrees to immediately provide a non-refundable payment of ~~$750.00~~ *$50.00* to cover the initial meeting, evaluation and preparation of the file in the matter.

*[initials]*

INITIALS

**2.05**   It is expressly understood that the Client(s) shall not be liable nor responsible for any attorney fee of litigation in the event no monetary recovery is realized. Client understands that the initial non-refundable retainer is considered earned at the first meeting and will be immediately deposited and used by the attorney in the matter and is non-refundable.

*[initials]*

INITIALS

### III.
### ASSIGNMENT OF INTEREST

**3.01**   In consideration of Attorneys' services, the Client(s) hereby sells, conveys, and assigns to the Law Firm an interest, to the extent herein indicated in Section 2, to the Client's claim and cause of action, and in any action, compromise, settlement, judgment, payment of services, profits or recovery by whatever means thereon.

**3.02**   All sums due and to become due are payable at the Law Firm's office in Bexar County, Texas.

### IV.
### APPROVAL NECESSARY FOR SETTLEMENT

**4.01**   No settlement of any nature shall be made for any of the aforesaid claims or profits of the Client(s) without the complete approval of the Client(s), nor shall the Client(s) obtain any settlement on the aforesaid claims without the complete approval of the Attorney.

**4.02**   Attorney is hereby granted a limited power of attorney so that he/she may have full authority to prepare, fully execute, sign and file all legal instruments, pleadings, drafts, authorizations and papers as shall be reasonably necessary to conclude this representation, including settlement and/or reduce to possession any and all monies or other things of value due to the Client under this claim

3

as fully as the Client could do so in person.

## V.
## REPRESENTATIONS

**5.01**    It is understood and agreed that the Attorney cannot warrant or guarantee the outcome of the case and the Attorney has not represented to the Client(s) that the Client(s) will recover all or any of the funds so desired.  The Client(s) has also been informed that obtaining a judgment does not guarantee that the opposing party will satisfy the judgment.

## VI.
## WITHDRAWAL OF REPRESENTATION

**6.01**    The Attorney may, at his/her discretion, withdraw from the case and cease to represent the Client(s) for any reason, including without limitation for the following reasons:

(a)  client(s) failure to follow Attorney's advice concerning settlement, (b) a conflict of interest develops between the Client and the Attorney, and/or (c) the Attorney determines that in his/her judgment the case has small probability of success.

The Attorney shall retain a lien on client's cause of action for the attorney fees and litigation expenses:  (a)  when Client(s) fails to follow Attorney's advice concerning settlement, and (b) in the event Client(s) were to terminate the services of the Attorney without just cause.

## VII.
## ASSOCIATION OF OTHER ATTORNEYS

**7.01**    The Attorney may, at his/her sole discretion, associate any other Attorney(s) in the representation of the aforesaid claims of the Client(s) and/or assign this case to another attorney for preparation and litigation.  Client(s) understand and agree that the cased will be handled, developed and litigated by the PONCIO LAW OFFICES, P.C., and the client fully accepts and consents to same.

P000014

## VIII.
## TEXAS LAW TO APPLY

**8.01**    This Agreement shall be construed under and in accordance with the laws of the State of Texas, and all obligations of the parties created hereunder are performable in Bexar County, Texas.

INITIALS

## IX.
## PARTIES BOUND

**9.01**    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns where permitted by this Agreement.

## X.
## LEGAL CONSTRUCTION

**10.01**   In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable shall not affect any other provisions thereof and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

**I certify and acknowledge that I have had the opportunity to read this agreement and/or confer with counsel of my choosing regarding the agreement. I further state that I have voluntarily entered into this agreement fully aware of its terms and conditions and fully agree with said terms and conditions.**

SIGNED and ACCEPTED this _12ᵗʰ_ day of _August_, 2015.

_____
Client

_____
Client

_____
Law Firm

5

P000015

# PONCIO LAW
## A PROFESSIONAL CORPORATION

**ADAM PONCIO***
ATTORNEY AT LAW
*BOARD CERTIFIED - CIVIL APPELLATE LAW

TEXAS BOARD OF LEGAL SPECIALIZATION
*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III****
ATTORNEY AT LAW
****NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

tcammack@ponciolaw.com

March 24, 2016

**VIA FIRST CLASS MAIL**
Dustin Tinney
3804 Greenwood Rd.
Weatherford, Tx 76088

RE:  Cause No.: 5:15-CV-00879-XR; *Michael Espinosa vs. Stevens Tanker Division, LLC;*
In the United States District court-Western District of Texas.

Dear Sir/Madam:

A case was recently filed against Stevens Tanker Division, LLC for unpaid time and wages owed to Michael Espinosa, a former dispatcher for Stevens Tanker.  As we know, dispatchers were generally paid for one week on and one week off but were not paid for all time worked over forty hours for the weeks that they were on duty.  Mr. Espinosa estimates he worked 80 to 100 hours during the work week and would be due unpaid overtime for all the hours worked in excess of 40 hours.  As a result, we are asserting a claim for any potential unpaid overtime owed to its present and former employees.  You have been identified as a present or former employee.

I would like to discuss your employment with Steven Tanker and your work schedule and work performed and job duties.  Under the Fair Labor Standards Act, an employee would be entitled to recovery of unpaid overtime worked in excess of 40 hours during a week and also would be entitled to an equal amount in liquidated damages.  In other words, whatever overtime is owed *is doubled under the law.*  The employee would be entitled to recovery of two years of unpaid *overtime and liquidated damages and three years of recovery if the court finds that the conduct is willful, in addition to attorney's fees.*

We would like to discuss the employment and work practices of Stevens Tanker.  Please contact me at your convenience by phone or by email at salaw@msn.com or Chris McJunkin at cmcjunkin@stx.rr.com *and identify yourself as a present or former Stevens Tanker employee. My firm or attorney Chris McJunkin will contact you.  If you have any questions, please do not hesitate to contact me.*

Very Truly yours,

**PONCIO LAW OFFICES**
A Professional Corporation



EXHIBIT
B
tabbies®

From: Bruce Dean <bdean@stevenstransport.com>
Sent: Friday, August 19, 2016 3:11 PM
To: 'Adam Poncio'; Stephen Key
Subject: RE: Espinosa 8/18 status hearing

No Adam.  That is not what I said or meant. I said I would be able to review the information.  I have
communicated with Mr. Key.  Mr. Key will respond to you.

Bruce Dean
General Counsel
214.647.3752 (direct)
972.289.2187 (fax)
[cid:image001.png@01D1FA2B.F2CA0A80]
Stevens Transport, Inc | 9757 Military Pkwy Dallas, Texas 75227 Toll Free 800-806-4917 | main 972-216-9000
[cid:image002.png@01D1FA2B.F2CA0A80]<https://www.facebook.com/StevensTransport>[cid:image003.png
@01D1FA2B.F2CA0A80]<https://twitter.com/Drive4Stevens>[cid:image004.png@01D1FA2B.F2CA0A80]<http
s://www.youtube.com/channel/UCrVazhik1vp8vgt85tfeIcw>
From: Adam Poncio [mailto:SALAW@msn.com]
Sent: Friday, August 19, 2016 3:10 PM
To: bdean <bdean@stevenstransport.com>; skey@keyharrington.com; jfreeman@keyharrington.com
Cc: Chris McJunkin <cmcjunkin@stx.rr.com>; Angela Maldonado <amaldonado@ponciolaw.com>
Subject: Re: Espinosa 8/18 status hearing


Bruce indicated he would have proposed changes to notice to me by 3, as indicated in his email below.  I am
assuming there are no changes and will process the mailout and then compare it to the prior list once
Defendant fulfills its obligation to provide me with a list by today


Adam Poncio
Board Certified-Labor and Employment Law Board Certified-Civil Appellate Law Texas Board of Legal
Specialization

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979 Telephone



EXHIBIT

"C"

1

(210) 212-5880 Facsimile

_____

From: bdean <bdean@stevenstransport.com<mailto:bdean@stevenstransport.com>>
Sent: Friday, August 19, 2016 1:48 PM
To: Adam Poncio; Stephen Key; John Freeman
Subject: Re: Espinosa 8/18 status hearing

Stop Adam. I am travelling and will review proposed changes by 3:00. There is no agreement. If you send out your notice without Tanker's agreement, you will be violating the Court's order.


Sent on a Sprint Samsung Galaxy S® III

-------- Original message --------
From: Adam Poncio
Date:08/19/2016 1:43 PM (GMT-06:00)
To: John Freeman , skey@keyharrington.com<mailto:skey@keyharrington.com>
Cc: Bruce Dean , Chris McJunkin , Angela Maldonado
Subject: Re: Espinosa 8/18 status hearing


I did confer. On the 15th, you emailed me you were getting me proposed changes on that day. Seeing none, I finalized the docs and prepped the mailout. We close at 3 on Fridays so I need any changes by 230 or will mail it out as it has been prepared, based on your prior representation and no response on the 15th



I forwarded you your email from the 15th this morning so you could see what you represented. I do not need to pay overtime to my staff because you have now changed your mind


Adam Poncio
Board Certified-Labor and Employment Law Board Certified-Civil Appellate Law Texas Board of Legal Specialization

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979 Telephone
(210) 212-5880 Facsimile


_____

From: John Freeman <jfreeman@keyharrington.com<mailto:jfreeman@keyharrington.com>>
Sent: Friday, August 19, 2016 1:39 PM
To: Adam Poncio; Stephen Key
Cc: Bruce Dean; Chris McJunkin; Angela Maldonado
Subject: RE: Espinosa 8/18 status hearing


Adam,

We have some changes, and Stephen will get those to you before 4 pm today.  We do not agree with the present notice and consent, so don't send yet.  Just a reminder that the Court ordered the attorneys to confer about the notice and consent, and to let the Court know if we couldn't agree.  Due to our schedules, we haven't had a chance to get those changes to you yet.


John


John L. Freeman

Key Harrington Barnes, PC
3710 Rawlins Street Suite 950
Dallas, Texas 75219
(214) 615-7925 switchboard or (214) 615-7923 direct dial
(214) 615-7926 facsimile and visit our web site: www.keyharrington.com<http://www.keyharrington.com>
[http://www.keyharrington.com/design/images/j-slide-1.jpg]<http://www.keyharrington.com/>

Dallas Employment Lawyers | Key Harrington Barnes PC<http://www.keyharrington.com/>
www.keyharrington.com<http://www.keyharrington.com>
Employment problems can disrupt your business and affect your bottom line. Call 214-615-7925 to talk to our Dallas lawyers about potential solutions.


A Worklaw®Network member. www.worklaw.com<http://www.worklaw.com/>

CONFIDENTIALITY NOTICE: The information in this e-mail transmission is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Key Harrington Barnes, PC bears no responsibility for any loss or damage arising in any way from its use.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows:  Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].


From: Adam Poncio [mailto:SALAW@msn.com]
Sent: Friday, August 19, 2016 1:34 PM
To: John Freeman; Stephen Key
Cc: Bruce Dean; Chris McJunkin; Angela Maldonado
Subject: Re: Espinosa 8/18 status hearing


Here is the notice and consent form being sent out today


Adam Poncio

Board Certified-Labor and Employment Law Board Certified-Civil Appellate Law Texas Board of Legal Specialization

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979 Telephone
(210) 212-5880 Facsimile

_____

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please destroy and notify the sender immediately.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please destroy and notify the sender immediately.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ESPINOSA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:15-cv-00879-XR** |
| **STEVENS TANKER DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

## NOTICE TO PRESENT AND FORMER DISPATCH EMPLOYEES

TO:    Current and former Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from October 12, 2012, to the present and who were paid a salary and not an hourly wage

RE:    Unpaid Hourly Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

**1.    Why am I getting this notice?**

Michael Espinosa ("Plaintiff") has filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") to recover unpaid overtime wages allegedly owed under federal law. Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, as a dispatcher at any time since October 12, 2012, to the present. As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your right to participate in the lawsuit.

**2.    What is the lawsuit about?**

Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek. In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an amount equal to the overtime wages as liquidated damages, and attorneys' fees and costs. Defendant disputes Plaintiff's claim to the damages alleged. The Court has not decided who is right.

**3.      What are my options?**

You can make a claim for allegedly unpaid overtime wages and damages in this case.  To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiffs so that it is postmarked or faxed by not later than **October 19, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney)**.  Your Consent form should be mailed to:  **STEVENS TANKER DIVISION, LLC, Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880 or email it to FLSA@ponciolaw.com**.  If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiff's attorneys, Adam Poncio, PONCIO LAW OFFICES, P.C.  PONCIO LAW OFFICES, P.C. AND ATTORNEY CHRIS MCJUNKIN.  THEY ARE representing Plaintiffs (and other persons who have joined, and who may join, this lawsuit) on a contingent fee basis.  This means that if you receive money in this case, a percentage of your recovery will go to PONCIO LAW OFFICES, P.C. AND CHRIS MCJUNKIN, unless the Court orders Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement.  If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in discovery and/or at trial.

You may choose to hire your own lawyer.  If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

**4.      How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

The attorneys for the Plaintiffs:  Adam Poncio with PONCIO LAW OFFICES, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7923 Telephone.

**5.      Can Defendants retaliate against me?**

No.  It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you may be owed.

## THIS IS A COURT-ORDERED NOTICE,
## NOT AN ADVERTISEMENT FROM A LAWYER

## CONSENT TO JOIN OVERTIME LAWSUIT

### Civil Action No. 5:15-cv-00879

### Michael Espinosa, et al v.  STEVENS TANKER DIVISION, LLC,

In the United States District Court for the Western  District of Texas, San Antonio  Division.

**Court-imposed deadline to return this Consent Form is: October 19, 2016 (60 days after mailing date of Notice).**

Print Name: _____

l. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin as my attorneys to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: _____

Address: _____

Phone and Email Address:

_____

_____

## Misty Eubanks

| | |
|---|---|
| **From:** | Stephen Key |
| **Sent:** | Friday, August 19, 2016 5:35 PM |
| **To:** | 'Adam Poncio' |
| **Cc:** | Bruce Dean; John Freeman; Misty Eubanks |
| **Subject:** | Re: Espinosa 8/18 status hearing |
| **Attachments:** | Tanker Dispatchers (Final 8-19-2016).pdf; Notice to Prospective FLSA Class Stevens (SCK Redline).doc; Stevens Notice CONSENT TO JOIN OVERTIME LAWSUIT (SCK Redline).docx |

Adam,

Attached please find the revised notice, consent and employee list.

Stephen C. Key



**EXHIBIT**

"D"

**John Freeman**

| | |
|---|---|
| **From:** | Adam Poncio [SALAW@msn.com] |
| **Sent:** | Friday, August 19, 2016 6:05 PM |
| **To:** | Stephen Key; John Freeman; Chris McJunkin |
| **Cc:** | Angela Maldonado |
| **Subject:** | Re: Espinosa 8/18 status hearing |
| **Attachments:** | Notice to Prospective FLSA Class Stevens (SCK Redline).doc; Stevens Notice CONSENT TO JOIN OVERTIME LAWSUIT (SCK Redline).docx |

Here is the final notice and consent form sent

Adam Poncio
Board Certified-Labor and Employment Law
Board Certified-Civil Appellate Law
Texas Board of Legal Specialization

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979 Telephone
(210) 212-5880 Facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL ESPINOSA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:15-cv-00879-XR** |
| **STEVENS TANKER DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

NOTICE TO PRESENT AND FORMER SALARIED DISPATCHERS ~~EMPLOYEES~~

TO:    ~~Current and former~~Past and present salaried Dispatchers of STEVENS TANKER
DIVISION, LLC, who worked at any time from August 11, 2013 to present and
who were- paid a salary and not an hourly wage

RE:    ~~Unpaid Hourly~~ Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

**1.    Why am I getting this notice?**

Michael Espinosa, ~~Alice Fay Hart, Krystynn McCaffrey, Kia McChristian, and Heather
Shipp~~ ("Plaintiffs") ~~have~~ filed a lawsuit against STEVENS TANKER DIVISION, LLC,
("Defendant") seeking to recover unpaid overtime wages allegedly owed to ~~them~~ him under
federal law.  Defendant's records show that you work or have previously worked at STEVENS
TANKER DIVISION, LLC, ("Tanker Division") as a dispatcher at some time since August 11,
2013, to the present.   As a result, you are eligible to participate in the lawsuit, and this Notice is
to inform you of your ~~right~~opportunity to participate in the lawsuit if you choose to. Tanker
Division denies that it has violated any laws or that it ~~i~~was obligated to pay overtime to
dispatchers or that dispatchers were paid less than what they were owed. Instead, it is Tanker
Division's position that the dispatchers were salaried employees, exempt from overtime.

**2.    What is the lawsuit about?**

Although salaried, ~~P~~Plaintiffs alleges that ~~they~~ ~~wa~~sere not paid the required overtime rate
for hours worked during weeks in which ~~they~~ worked in excess of forty (40) hours per

workweek.  In addition to the overtime wages allegedly owed, Plaintiffs ~~is~~are also asking the Court to award ~~them~~him an amount equal to the overtime wages as liquidated damages, attorneys' fees and costs.  Defendant disputes Plaintiff's claim to the damages alleged.  The Court has not decided who is right.

**3.        What are my options?**

If you choose to, ~~Y~~you can make a claim for allegedly unpaid overtime wages in this case.  To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiffs so that it is postmarked or faxed by not later than **October ____, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's² attorney)**. Your Consent form should be mailed to:  **STEVENS TANKER DIVISION, LLC. Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880**.  If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiffs' attorneys, Adam Poncio, Poncio Law Offices, P.C.   Poncio Law Offices, P.C. and Attorney Chris McJunkin are representing Plaintiffs (and other persons who have joined, and who may join, in this lawsuit) on a contingent fee basis.  Although there is no guarantee you will receive any money in this case, if you do, ~~This means that if you receive money in this case,~~ a percentage of your recovery will go to Poncio Law Offices, P.C. and Chris McJunkin, unless the Court orders the Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement.  If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in a ~~discovery~~deposition and/or at trial.

You are not required to join this lawsuit. It is entirely your decision. You may choose to hire your own ~~lawyer~~attorney.  If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

**4.        How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

a.        The attorneys for the Plaintiffs:  Adam Poncio with Poncio Law Offices, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

b.        The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7929 or (214) 615-7923 Telephone.

**5.        Can Defendants retaliate against me?**

No.  It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you believe may be owed.

**THIS IS A COURT ~~ORDERED~~<ins>APPROVED</ins> NOTICE~~,~~**
<ins>**BY THE JUDGE ASSIGNED TO THIS CASE AND**</ins>
<ins>**THE PARTIES' LAWYERS. THIS APPROVAL IS NOT A**</ins>
<ins>**COMMENT ON THE VALIDITY OF THE CLAIMS OR**</ins>
<ins>**DEFENSES IN THIS ACTION**</ins>
~~**NOT AN ADVERTISEMENT FROM A LAWYER**~~

# CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v. Stevens~~TEVENS~~ Tanker~~ANKER~~ Division, LLC~~IVISION, LLC~~,

In the United States District Court for the Western District of Texas, San Antonio Division.

Court-imposed deadline to return this Consent Form is: _____,- 2016 (60 days after mailing date of Notice).

Print Name: _____

l. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: _____

Address: _____

Phone and Email Address:

_____

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:15-cv-00879-XR |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

<u>NOTICE TO PRESENT AND FORMER SALARIED DISPATCHERS</u>

TO:   Past and present salaried Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from August 11, 2013 to present and who were paid a salary and not an hourly wage

RE:   Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

**1.   Why am I getting this notice?**

Michael Espinosa, ("Plaintiff") filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") seeking to recover unpaid overtime wages allegedly owed to him under federal law.  Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, ("Tanker Division") as a dispatcher at some time since August 11, 2013, to the present.   As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your opportunity to participate in the lawsuit if you choose to. Tanker Division denies that it has violated any laws or that it is obligated to pay overtime to dispatchers or that dispatchers were paid less than what they were owed. Instead, it is Tanker Division's position that the dispatchers were salaried employees, exempt from overtime.

**2.   What is the lawsuit about?**

Although salaried, Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek.  In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an

amount equal to the overtime wages as liquidated damages, attorneys' fees and costs. Defendant disputes Plaintiff's claim to the damages alleged. The Court has not decided who is right.

**3.      What are my options?**

If you choose to, you can make a claim for allegedly unpaid overtime wages in this case. To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiff so that it is postmarked or faxed by not later than **October \_\_\_\_\_, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney).** Your Consent form should be mailed to: **STEVENS TANKER DIVISION, LLC. Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880**. If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiffs' attorneys, Adam Poncio, PONCIO LAW OFFICES, P.C.  PONCIO LAW OFFICES, P.C. AND ATTORNEY CHRIS MCJUNKIN ARE representing Plaintiff (and other persons who have joined, and who may join, in this lawsuit) on a contingent fee basis. Although there is no guarantee you will receive any money in this case, if you do, a percentage of your recovery will go to PONCIO LAW OFFICES, P.C. AND CHRIS MCJUNKIN, unless the Court orders the Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement. If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in a deposition and/or at trial.

You are not required to join this lawsuit. It is entirely your decision. You may choose to hire your own attorney. If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

**4.      How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

a.      The attorneys for the Plaintiff:  Adam Poncio with PONCIO LAW OFFICES, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

b.      The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7929 or (214) 615-7923 Telephone.

**5.      Can Defendant retaliate against me?**

No.  It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you believe may be owed.

**THIS IS A COURT-APPROVED NOTICE**
**BY THE JUDGE ASSIGNED TO THIS CASE AND**
**THE PARTIES' LAWYERS. THIS APPROVAL IS NOT A**
**COMMENT ON THE VALIDITY OF THE CLAIMS OR**
**DEFENSES IN THIS ACTION**

# CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v.  Stevens Tanker Division, LLC,

In the United States District Court for the Western  District of Texas, San Antonio  Division.

Court-imposed deadline to return this Consent Form is: _____, 2016 (60 days after mailing date of Notice).

Print Name: _____

l. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office  as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: _____

Address: _____

Phone and Email Address:

_____

_____

# PONCIO LAW OFFICES
### A PROFESSIONAL CORPORATION

**ADAM PONCIO***
ATTORNEY AT LAW
*BOARD CERTIFIED - CIVIL APPELLATE LAW

TEXAS BOARD OF LEGAL SPECIALIZATION
*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III****
ATTORNEY AT LAW
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**ALAN BRAUN****
ATTORNEY AT LAW
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

salaw@msn.com

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

tcammack@panciolaw.com

abraun@panciolaw.com

August 22, 2016

**VIA FIRST CLASS MAIL**
Floyd Tinsley
P. O. Box 866
Stockdale, TX 78160

RE:     Cause No.: 5:15-CV-00879-XR; *Michael Espinosa vs. Stevens Tanker Division, LLC*;
        **In the United States District court-Western District of Texas.**

Dear Sir/Madam:

A case was recently filed in federal court against Stevens Tanker Division, LLC for unpaid overtime and wages allegedly owed to its present and former employees. The allegation is the company did not pay dispatch employees for all time and overtime worked and you may be owed unpaid wages. Please read the attached court ordered "Notice to Potential Class Members" and "Consent Form".

Once you have made your decision, all you need to do to participate in the case is to sign and date the consent form. Please feel free to mail the enclosed signed consent form to the firm in the enclosed self-addressed stamped envelope or feel free to fax or email it to the firm. Fill out the information on the form.

As indicated by the form, retaliation by the company against present or former employees is illegal. If you have any questions concerning this matter, please contact the firm at (210) 212-7979 and ask for the Unpaid Wage Department.

Very Truly yours,

**PONCIO LAW OFFICES**
**A Professional Corporation**

**ADAM PONCIO**

EXHIBIT
"E"

AP/am
Enclosures

# CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v. Stevens Tanker Division, LLC

In the United States District Court for the Western District of Texas, San Antonio Division.

Court-imposed deadline to return this Consent Form is: October 21, 2016, (60 days after mailing date of Notice).

Print Name: _____

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____  ⬅ SIGN HERE

Date Signed: _____

Address:

_____

Phone and Email Address:

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:15-cv-00879-XR |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

NOTICE TO PRESENT AND FORMER SALARIED DISPATCHERS

TO:   Past and present salaried Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from August 11, 2013 to present and who were paid a salary and not an hourly wage

RE:   Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

1.   **Why am I getting this notice?**

Michael Espinosa, ("Plaintiff") filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") seeking to recover unpaid overtime wages allegedly owed to him under federal law. Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, ("Tanker Division") as a dispatcher at some time since August 11, 2013, to the present. As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your opportunity to participate in the lawsuit if you choose to. Tanker Division denies that it has violated any laws or that it is obligated to pay overtime to dispatchers or that dispatchers were paid less than what they were owed. Instead, it is Tanker Division's position that the dispatchers were salaried employees, exempt from overtime.

2.   **What is the lawsuit about?**

Although salaried, Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek. In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an

amount equal to the overtime wages as liquidated damages, attorneys' fees and costs. Defendant disputes Plaintiff's claim to the damages alleged. The Court has not decided who is right.

### 3.      What are my options?

If you choose to, you can make a claim for allegedly unpaid overtime wages in this case. To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiff so that it is postmarked or faxed by not later than **October 21, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney)**. Your Consent form should be mailed to: **STEVENS TANKER DIVISION, LLC, Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880**. If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiffs' attorneys, Adam Poncio, PONCIO LAW OFFICES, P.C. PONCIO LAW OFFICES, P.C. AND ATTORNEY CHRIS MCJUNKIN ARE representing Plaintiff (and other persons who have joined, and who may join, in this lawsuit) on a contingent fee basis. Although there is no guarantee you will receive any money in this case, if you do, a percentage of your recovery will go to PONCIO LAW OFFICES, P.C. AND CHRIS MCJUNKIN, unless the Court orders the Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement. If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in a deposition and/or at trial.

You are not required to join this lawsuit. It is entirely your decision. You may choose to hire your own attorney. If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

### 4.      How may I get more information?

If you have questions about joining the lawsuit, you may get more information by calling:

a.      The attorneys for the Plaintiff:  Adam Poncio with PONCIO LAW OFFICES, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

b.      The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7929 or (214) 615-7923 Telephone.

### 5.      Can Defendant retaliate against me?

No.  It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you believe may be owed.

**THIS IS A COURT-APPROVED NOTICE
BY THE JUDGE ASSIGNED TO THIS CASE AND
THE PARTIES' LAWYERS. THIS APPROVAL IS NOT A
COMMENT ON THE VALIDITY OF THE CLAIMS OR
DEFENSES IN THIS ACTION**

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 AUG 2016 PM 3 L

Floyd Tinsley
P. O. Box 865
Stockdale, Tx 78160

78160-086666

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550



PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3    MICHAEL ESPINOSA              §
                                    §
 4           Plaintiff,             §
                                    §
 5    v.                            §Civil Action No. 5:15-cv-879
                                    §
 6    STEVENS TANKER DIVISION, LLC,§
                                    §
 7           Defendant.             §
      * * * * * * * * * * * * * * * * * * * * * * * * *
 8                    ORAL DEPOSITION OF

 9                    MICHAEL ESPINOSA

10                    OCTOBER 07, 2016

11                    VOLUME 1 OF 1

12    * * * * * * * * * * * * * * * * * * * * * * * * *

13            ORAL DEPOSITION OF MICHAEL ESPINOSA, produced as

14    a witness at the instance of Stevens Tanker Division,

15    represented by Stephen Key of Key, Harrington, Barnes, and

16    duly sworn, was taken in the above-styled and numbered

17    cause on the 7th day of October, 2016, from 10:23 a.m. to

18    4:09 p.m., before Sarah Murphy, CSR in and for the State

19    of Texas, reported by machine shorthand, at the Poncio Law

20    Offices, 5410 Fredericksburg Road, Suite 109, San Antonio,

21    Texas 78229, pursuant to the Federal Rules of Civil and

22    the provisions stated on the record or attached hereto.

23

24

25
```

EXHIBIT
"F"

```
 1                    A P P E A R A N C E S

 2   FOR MICHAEL ESPINOSA:

 3

 4         MR. STEPHEN C. KEY
           KEY HARRINGTON BARNES, P.C.
 5         3710 Rawlins Street, Suite 950
           Dallas, Texas 75219
 6         Telephone:    (214) 615-7929
           Fax:          (214) 615-7926
 7         Email: skey@keyharrington.com

 8

 9   FOR STEVENS TANKER DIVISION, LLC:

10         MR. ADAM PONCIO
           MR. THOMAS N. CAMMACK, III
11         PONCIO LAW OFFICES
           5410 Fredericksburg Road, Suite 109
12         San Antonio, Texas 78229-3550
           Telephone:    (210) 212-7979
13         Fax:          (210) 212-5880
           Email: salaw@msn.com

14

15

16

17

18

19

20

21   ALSO PRESENT:

22   MR. BRUCE DEAN, OBSERVER FOR STEVENS TANKER DIVISION

23   MS. SARAH MURPHY, TEXAS CERTIFIED SHORTHAND REPORTER

24

25
```

```
 1                          I N D E X

 2                                                    PAGE

 3    APPEARANCES......................................    2

 4    THE WITNESS:  MICHAEL ESPINOSA

 5    Examination by Mr. Stephen Key...............     5

 6    Signature and Changes........................   182

 7    Reporter's Certificate.......................   184

 8    Further Certification........................   186

 9                          EXHIBITS

10    NO.                 DESCRIPTION        PAGE MARKED

11    Exhibit 1    Plaintiff Original Complaint        24

12    Exhibit 2        Initial Disclosures            30

13    Exhibit 3        Letter for Sabrina Watts        43

14    Exhibit 4        July 21, 2014 e-mail            46

15    Exhibit 5            Pictures                    48

16    Exhibit 6        May 14, 2014 e-mail            67

17    Exhibit 7        May 16, 2014 e-mail            71

18    Exhibit 8        July 23, 2014 e-mail            81

19    Exhibit 9        April 29, 2014 e-mail           86

20    Exhibit 10       July 22, 2014 e-mail            95

21    Exhibit 11       August 23, 2014 e-mail         100

22    Exhibit 12       August 24, 2014 e-mail         104

23    Exhibit 13       May 1, 2014 e-mail            108

24    Exhibit 14       September 17, 2014 e-mail      114

25    Exhibit 15       June 25, 2014 e-mail          117
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 16 | April 30, 2014 e-mail | 119 |
| 2 | Exhibit 17 | June 25, 2014 e-mail | 122 |
| 3 | Exhibit 18 | September 15, 2014 e-mail | 123 |
| 4 | Exhibit 19 | October 15/16, 2014 e-mail | 126 |
| 5 | Exhibit 20 | August 21, 2014 e-mail | 129 |
| 6 | Exhibit 21 | August 22, 2014 e-mail | 131 |
| 7 | Exhibit 22 | May 27, 2014 e-mail | 131 |
| 8 | Exhibit 23 | August 23, 2014 e-mail | 133 |
| 9 | Exhibit 24 | August 24, 2014 e-mail | 139 |
| 10 | Exhibit 25 | August 21, 2014 e-mail | 140 |
| 11 | Exhibit 26 | October 3, 2014 e-mail | 144 |
| 12 | Exhibit 27 | July 23, 2014 e-mail | 153 |
| 13 | Exhibit 28 | October 13, 2014 e-mail | 154 |
| 14 | Exhibit 29 | Document | 157 |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

| | | |
|---|---|---|
| | 1 | P R O C E E D I N G S |
| | 2 | THE REPORTER:  We are on the record at |
| | 3 | 10:23. |
| | 4 | Would you please raise your right hand? |
| | 5 | (Witness was sworn in) |
| | 6 | MICHAEL ESPINOSA, |
| | 7 | Having first been duly sworn, testified as follows: |
| | 8 | MR. PONCIO:  Okay.  And just for the |
| | 9 | record, we're requesting to read and sign the deposition. |
| 10:23 | 10 | Thank you. |
| | 11 | EXAMINATION |
| | 12 | BY MR. KEY: |
| | 13 | Q.   Mr. Espinosa, my name is Stephen Key.  I'm the |
| | 14 | attorney for Stevens Tanker Division; do you understand |
| 10:23 | 15 | that? |
| | 16 | A.   Yes, sir. |
| | 17 | Q.   And we're here today to take your deposition in |
| | 18 | regard to the lawsuit that you've initiated against |
| | 19 | Stevens Tanker Division; do you understand that? |
| 10:23 | 20 | A.   Yes, sir. |
| | 21 | Q.   Tell me, Mr. Espinosa, do you know a woman by |
| | 22 | the name of Sabrina Watts? |
| | 23 | A.   Yes, sir. |
| | 24 | Q.   And when is the last time you spoke to |
| 10:23 | 25 | Ms. Watts? |

| | | |
|---|---|---|
| 10:48 | 1 | allegations.  Let's look at Paragraph 12 on Page 3.  Do |
| | 2 | you see Paragraph 12? |
| | 3 | A.   Yes. |
| | 4 | Q.   And I'm looking down at the -- Well, it says -- |
| 10:48 | 5 | start with the third sentence, "He worked for the company, |
| | 6 | working one week on and one week off."  That matches your |
| | 7 | testimony here today, correct? |
| | 8 | A.   Correct. |
| | 9 | Q.   "During the workweeks worked, he generally |
| 10:48 | 10 | worked about 84 hours but was not paid for overtime or |
| | 11 | wages for all hours worked."  And the part I'm trying to |
| | 12 | understand is what you mean by "or wages for all hours |
| | 13 | worked." |
| | 14 | A.   I guess the time past the 40. |
| 10:49 | 15 | Q.   All right.  So -- So after 40 hours, which would |
| | 16 | have occurred on a typical workweek -- So we're in the |
| | 17 | middle of the fourth day, correct? |
| | 18 | A.   (Witness nodded) |
| | 19 |         MR. DEAN:  He has to say "yes." |
| 10:49 | 20 |         MR. KEY:  I'm sorry.  I'm accepting your |
| | 21 | nod, but you have to actually say "yes." |
| | 22 |         THE WITNESS:  "Yes." |
| | 23 | Q.   (By Mr. Key)  Okay.  Is it your testimony that |
| | 24 | you weren't paid at all after the middle of the fourth |
| 10:49 | 25 | shift? |

| | | |
|---|---|---|
| 10:49 | 1 | A.   I was paid but didn't know if it reflected the |
| | 2 | hours over or not.  It wasn't specified. |
| | 3 | Q.   Okay.  So -- So you're not -- you're not |
| | 4 | claiming that you weren't paid for your hours worked? |
| 10:49 | 5 | You're com -- You're complaining that, "I wasn't paid the |
| | 6 | extra money that I should have been paid after 40 hours," |
| | 7 | correct? |
| | 8 | A.   Correct. |
| | 9 | Q.   But you would agree with me that you weren't |
| 10:50 | 10 | paid -- that your salary of $50,000 a year was intended to |
| | 11 | cover seven days on/seven days off? |
| | 12 | A.   Yes. |
| | 13 | Q.   Approximately 12, 13 hours per shift, every |
| | 14 | other week? |
| 10:50 | 15 | A.   Yes. |
| | 16 | Q.   That was the deal, right? |
| | 17 |      I need you to say -- |
| | 18 | A.   Yes. |
| | 19 | Q.   -- "Yes." |
| 10:50 | 20 | A.   Yes. |
| | 21 | Q.   And you testified earlier that you didn't |
| | 22 | complain because you didn't know who to complain to; is |
| | 23 | that correct? |
| | 24 | A.   Correct. |
| 10:50 | 25 | Q.   So did you ever attempt to find out who to |

| | | |
|---|---|---|
| 11:02 | 1 | MR. PONCIO:  Objection to the extent it's |
| | 2 | asking him to specul -- |
| | 3 | MR. KEY:  I'm not asking any -- |
| | 4 | MR. PONCIO:  Let me finish my objection. |
| 11:02 | 5 | Objection to the extent it's asking him to |
| | 6 | speculate on a question of a law and/or a question of fact |
| | 7 | for the jury. |
| | 8 | MR. KEY:  You can answer -- |
| | 9 | MR. PONCIO:  You can answer, if you know. |
| 11:02 | 10 | THE WITNESS:  I don't know. |
| | 11 | Q.  (By Mr. Key)  But -- But you were paid for all |
| | 12 | the hours you worked?  You just weren't paid overtime; is |
| | 13 | that correct? |
| | 14 | A.  That's correct. |
| 11:02 | 15 | Q.  Okay.  What was your answer? |
| | 16 | A.  "That's correct." |
| | 17 | Q.  Okay.  Let's go back to Exhibit 1.  Look at |
| | 18 | Paragraph 13.  You have -- You allege there that you |
| | 19 | intend to file additional claims with the EEOC for what I |
| 11:03 | 20 | believe to be a disability claim; is that correct? |
| | 21 | A.  Yes, sir. |
| | 22 | Q.  Have you brought such an EEOC charge? |
| | 23 | A.  Yes. |
| | 24 | Q.  And do you intend to include that in your |
| 11:03 | 25 | lawsuit? |

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
2                      SAN ANTONIO DIVISION

3    MICHAEL ESPINOSA              §
                                   §
4            Plaintiff,            §
                                   §
5    v.                            §Civil Action No. 5:15-cv-879
                                   §
6    STEVENS TANKER DIVISION, LLC, §
                                   §
7            Defendant.            §
     * * * * * * * * * * * * * * * * * * * * * * * * *
8               REPORTER'S CERTIFICATION
              ORAL DEPOSITION OF MICHAEL ESPINOSA
9                     OCTOBER 07, 2016

10           I, SARAH MURPHY, a Certified Shorthand Reporter

11   in and for the State of Texas, hereby certify to the

12   following:

13           That the witness, MICHAEL ESPINOSA, was duly

14   sworn by the officer and that the transcript of the oral

15   deposition is a true record of the testimony given by the

16   witness;

17           That the deposition transcript was submitted on

18   _Oct 18, 2016_ to ADAM PONCIO, the attorney for the witness,

19   for examination, signature, and return to me by

20   _Nov 21, 2016_;

21           That the amount of time used by each party at

22   the deposition is as follows:

23           Mr. Key:      3 Hours    52 Minutes

24           Mr. Poncio:   00 Hours   00 Minutes

25           Mr. Cammack:  00 Hours   00 Minutes

1       That pursuant to information given to the

2   deposition officer at the time said testimony was taken,

3   the following includes counsel for all parties of record:

4                Mr. Adam Poncio,

5            Attorney for Michael Espinosa;

6          Mr. Stephen Key and John L. Freeman,

7            Attorney for Stevens Tanker Division, LLC;

8       That a copy of this certificate was served on

9   all parties shown herein on _October 18_, 2016

10      I further certify that I am neither counsel for,

11  related to, nor employed by any of the parties of

12  attorneys in the action in which this proceeding was

13  taken, and further that I am not financially or otherwise

14  interested in the outcome of the action.

15      Certified to by me this _____Tuesday_, the

16  _18_ day October, 2016.

17

18

19      _Sarah Murphy_

20  Sarah Murphy
    Texas CSR #9403
21  Expiration Date: December 31, 2017

22  HOFFMAN REPORTING AND VIDEO SERVICE
    Firm # 93
23  206 E. Locust St.
    San Antonio, Texas 78212
24  Telephone:   (210) 736-3555
    Fax:         (210) 736-6679
25  www.hoffmanreporting.com

1                    FURTHER CERTIFICATION

2              The original deposition of Michael Espinosa

3   (was) was not returned to the deposition officer on

4   Nov 15, 2016

5              If returned, the attached Changes and Signature

6   page contains any changes and the reasons therefor;

7              If returned, the original deposition was

8   delivered by (regular) / certified / hand delivery /

9   overnight mail to STEPHEN KEY, Custodial Attorney;

10             That $ 1,249.40  is the deposition officer's

11  charges to THE DEFENDANT for preparing the original

12  deposition transcript and any copies of exhibits;

13             That the deposition was delivered and a copy of

14  this certificate was served on all parties shown herein on

15  and ~~filed with the Clerk.~~

16             Certified to by me this  16  day of

17  November, 2016.

18

19             _Sarah Murphy_

20             Sarah Murphy
               Texas CSR #9403
21             Expiration Date: December 31, 2017

22             HOFFMAN REPORTING AND VIDEO SERVICE
               Firm # 93
23             206 E. Locust St.
               San Antonio, Texas 78212
24             Telephone:   (210) 736-3555
               Fax:         (210) 736-6679
25             www.hoffmanreporting.com

1       CHANGES AND SIGNATURE

2   WITNESS NAME: MICHAEL ESPINOSA    DATE: OCTOBER 07, 2016

3   PAGE/LINE          CHANGE                 REASON

4   _____

5       no changes

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

Deposition of Michael Espinosa                    Michael Espinosa vs. Stevens Tanker Division, LLC

```
 1              I, MICHAEL ESPINOSA, have read the foregoing

 2     deposition and hereby affix my signature that same is true

 3     and correct, except as noted above.

 4

 5                                    _____

 6                                    MICHAEL ESPINOSA

 7

 8

 9     THE STATE OF TEXAS          )

10     COUNTY OF  Bexar            )

11

12

13         Before me, Angela Maldonado on this day

14     personally appeared MICHAEL ESPINOSA, known to me to be

15     the person whose name is subscribed to the foregoing

16     instrument and acknowledged to me that they executed the

17     same for the purposes and consideration therein expressed

18         Given under my hand and seal of this office this

19     8th       day of November  , 2016.

20

21         ANGELA MARIE MALDONADO
           Notary Public, State of Texas
22         Comm. Expires 04-28-2020    Angela Maldonado
           Notary ID 130640691    _____
23                                 NOTARY PUBLIC IN AND FOR
                                   THE STATE OF TCXAS
24                                 LICENSE EXPIRES ON 04-28-2020

25
```

Hoffman Reporting & Video Service                                   Page: 183

# PONCIO LAW OFFICES
## A PROFESSIONAL CORPORATION

**ADAM PONCIO\***
ATTORNEY AT LAW
\*BOARD CERTIFIED - CIVIL APPELLATE LAW

TEXAS BOARD OF LEGAL SPECIALIZATION
\*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III\*\***
ATTORNEY AT LAW
\*\*NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**ALAN BRAUN\*\***
ATTORNEY AT LAW
\*\*NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

salaw@msn.com

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

tcammack@ponciolaw.com

abraun@ponciolaw.com

September 2, 2016

**VIA FIRST CLASS MAIL**
Michael Regalado
2303 Goliad Apt 1304
San Antonio, TX 78223

**RE:    Cause No.: 5:15-CV-00879-XR;** *Michael Espinosa vs. Stevens Tanker Division, LLC*; **In the United States District court-Western District of Texas.**

## COURT SET DEADLINE TO RESPOND

Dear Sir/Madam:

As you may already know, a case was filed in federal court against Stevens Tanker Division, LLC for unpaid overtime and wages allegedly owed to its present and former employees. The allegation is the company did not pay dispatch employees for all time and overtime worked and you may be owed unpaid wages. Please read the attached court ordered "Notice to Potential Class Members" and "Consent Form". There is a deadline for responding.

We sent out the first notice letter on August 22, 2016.   However, we have not received a response from you, although others have decided to opt in to the class. The absolute deadline to respond is October 21, 2016 but please respond immediately so we can begin processing the claim.

Once you have made your decision, all you need to do to participate in the case is to sign and date the consent form. Please feel free to mail the enclosed signed consent form to the firm in the enclosed self addressed stamped envelope or feel free to fax to 210-212-5880 or email  it to the firm at FLSA@ponciolaw.com.    Please fill out the contact information on the form.

As indicated by the form, retaliation by the company against present or former employees is illegal. If you have any questions concerning this matter, please contact the firm at (210) 212-7979 and ask for the Unpaid Wage Department.

Very Truly yours,

**PONCIO LAW OFFICES**
**A Professional Corporation**

ADAM PONCIO

AP/am
Enclosures

**EXHIBIT**
"G"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:15-cv-00879-XR |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

### NOTICE TO PRESENT AND FORMER SALARIED DISPATCHERS

TO:     Past and present salaried Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from August 11, 2013 to present and who were paid a salary and not an hourly wage

RE:     Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

**1.    Why am I getting this notice?**

Michael Espinosa, ("Plaintiff") filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") seeking to recover unpaid overtime wages allegedly owed to him under federal law. Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, ("Tanker Division") as a dispatcher at some time since August 11, 2013, to the present. As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your opportunity to participate in the lawsuit if you choose to. Tanker Division denies that it has violated any laws or that it is obligated to pay overtime to dispatchers or that dispatchers were paid less than what they were owed. Instead, it is Tanker Division's position that the dispatchers were salaried employees, exempt from overtime.

**2.    What is the lawsuit about?**

Although salaried, Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek. In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an

amount equal to the overtime wages as liquidated damages, attorneys' fees and costs. Defendant disputes Plaintiff's claim to the damages alleged. The Court has not decided who is right.

**3.     What are my options?**

If you choose to, you can make a claim for allegedly unpaid overtime wages in this case. To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiff so that it is postmarked or faxed by not later than **October 21, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney)**. Your Consent form should be mailed to: **STEVENS TANKER DIVISION, LLC, Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880**. If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiffs' attorneys, Adam Poncio, Poncio Law Offices, P.C. Poncio Law Offices, P.C. and Attorney Chris McJunkin are representing Plaintiff (and other persons who have joined, and who may join, in this lawsuit) on a contingent fee basis. Although there is no guarantee you will receive any money in this case, if you do, a percentage of your recovery will go to Poncio Law Offices, P.C. and Chris McJunkin, unless the Court orders the Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement. If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in a deposition and/or at trial.

You are not required to join this lawsuit. It is entirely your decision. You may choose to hire your own attorney. If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

**4.     How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

a.      The attorneys for the Plaintiff:  Adam Poncio with Poncio Law Offices, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

b.      The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7929 or (214) 615-7923 Telephone.

**5.     Can Defendant retaliate against me?**

No.   It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you believe may be owed.

**THIS IS A COURT-APPROVED NOTICE
BY THE JUDGE ASSIGNED TO THIS CASE AND
THE PARTIES' LAWYERS. THIS APPROVAL IS NOT A
COMMENT ON THE VALIDITY OF THE CLAIMS OR
DEFENSES IN THIS ACTION**

## CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v. Stevens Tanker Division, LLC

In the United States District Court for the Western District of Texas, San Antonio Division.

Court-imposed deadline to return this Consent Form is: October 21, 2016, (60 days after mailing date of Notice).

Print Name: _____

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____

Date Signed: _____

Address:

_____


Phone and Email Address:

_____

_____

# PONCIO LAW OFFICES
### A PROFESSIONAL CORPORATION

**ADAM PONCIO\***
ATTORNEY AT LAW
*BOARD CERTIFIED - CIVIL APPELLATE LAW

TEXAS BOARD OF LEGAL SPECIALIZATION
*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW
7979
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III\*\***
ATTORNEY AT LAW
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**ALAN BRAUN\*\***
ATTORNEY AT LAW
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

salaw@msn.com

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-

Facsimile: (210) 212-5880

tcammack@panciolaw.com

abraun@ponciolaw.com

October 14, 2016

**VIA FIRST CLASS MAIL**
Michael Reglado
2303 Goliad, Apt 1304
San Antonio, Tx 78223

**RE:    Cause No.: 5:15-CV-00879-XR;** *Michael Espinosa vs. Stevens Tanker Division, LLC***; In the United States District court-Western District of Texas.**

**COURT SET DEADLINE TO RESPOND**

Dear Sir/Madam:

As you may already know, a case was filed in federal court against Stevens Tanker Division, LLC for unpaid overtime and wages allegedly owed to its present and former employees. The allegation is the company did not pay dispatch employees for all time and overtime worked and you may be owed unpaid wages. Please read the attached court ordered "Notice to Potential Class Members" and "Consent Form". There is a deadline for responding.

We sent out previous notice letters, but may have been provided an incorrect address for you. We have not received a response from you, although others have decided to opt in to the class. The absolute deadline to respond is October 21, 2016 but please respond immediately so we can begin processing the claim..

Once you have made your decision, all you need to do to participate in the case is to sign and date the consent form. Please feel free to mail the enclosed signed consent form to the firm in the enclosed self addressed stamped envelope or feel free to fax to 210-212-5880 or email it to the firm at FLSA@ponciolaw.com. Please fill out the contact information on the form.

As indicated by the form, retaliation by the company against present or former employees is illegal. If you have any questions concerning this matter, please contact the firm at (210) 212-7979 and ask for the Unpaid Wage Department.

Very Truly yours,

PONCIO LAW OFFICES
A Professional Corporation

ADAM PONCIO

EXHIBIT
H

AP/am
Enclosures

## CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v. Stevens Tanker Division, LLC

In the United States District Court for the Western District of Texas, San Antonio Division.

Court-imposed deadline to return this Consent Form is: October 21, 2016, (60 days after mailing date of Notice).

Print Name: _____

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____

Date Signed: _____

Address:

_____

Phone and Email Address:

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 5:15-cv-00879-XR |
| STEVENS TANKER DIVISION, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## NOTICE TO PRESENT AND FORMER DISPATCH EMPLOYEES

TO:   Current and former Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from October 12, 2012, to the present and who were paid a salary and not an hourly wage

RE:   Unpaid Hourly Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

### 1.   Why am I getting this notice?

Michael Espinosa ("Plaintiff") has filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") to recover unpaid overtime wages allegedly owed under federal law.   Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, as a dispatcher at any time since October 12, 2012, to the present. As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your right to participate in the lawsuit.

### 2.   What is the lawsuit about?

Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek.   In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an amount equal to the overtime wages as liquidated damages, and attorneys' fees and costs.   Defendant disputes Plaintiff's claim to the damages alleged.   The Court has not decided who is right.

3.      **What are my options?**

You can make a claim for allegedly unpaid overtime wages and damages in this case. To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiffs so that it is postmarked or faxed by not later than **October 21, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney)**. Your Consent form should be mailed to: <u>STEVENS TANKER DIVISION, LLC, Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550</u> or you may fax it to <u>(210) 212-5880 or email it to FLSA@ponciolaw.com</u>. If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiff's attorneys, Adam Poncio, PONCIO LAW OFFICES, P.C. PONCIO LAW OFFICES, P.C. AND ATTORNEY CHRIS MCJUNKIN. THEY ARE representing Plaintiffs (and other persons who have joined, and who may join, this lawsuit) on a contingent fee basis. This means that if you receive money in this case, a percentage of your recovery will go to PONCIO LAW OFFICES, P.C. AND CHRIS MCJUNKIN, unless the Court orders Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement. If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in discovery and/or at trial.

You may choose to hire your own lawyer. If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

4.      **How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

The attorneys for the Plaintiffs: Adam Poncio with PONCIO LAW OFFICES, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7923 Telephone.

5.      **Can Defendants retaliate against me?**

No. It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you may be owed.

## THIS IS A COURT-ORDERED NOTICE, NOT AN ADVERTISEMENT FROM A LAWYER

**From:** Ashleigh Magaña [mailto:ashleighmagana@icloud.com]
**Sent:** Wednesday, October 19, 2016 4:47 AM
**To:** whayes@stevenstanker.com
**Cc:** rford@stevenstanker.com
**Subject:** Fwd: URGENT/REPLY REQUESTED: Notice to Present and Former Salaried Dispatchers of Stevens Tanker Division LLC

This was sent to my personal email yesterday, just wanted to make y'all aware. I don't know how they obtained my personal email address.

-Ashleigh

Begin forwarded message:

> **From:** Angela Maldonado <amaldonado@ponciolaw.com>
> **Date:** October 18, 2016 at 16:43:10 CDT
> **To:** Angela Maldonado <amaldonado@ponciolaw.com>
> **Subject: URGENT/REPLY REQUESTED: Notice to Present and Former Salaried Dispatchers of Stevens Tanker Division LLC**
>
> Dear Sir/Madam:
>
> As you may already know, a case was filed in federal court against Stevens Tanker Division, LLC for unpaid overtime and wages allegedly owed to its present and former employees. The allegation is the company did not pay dispatch employees for all time and overtime worked and you may be owed unpaid wages. Please read the attached court ordered "Notice to Potential Class Members" and "Consent Form". There is a deadline for responding.
>
> We sent out previous notice letters, but may have been provided an incorrect address for you. We have not received a response from you, although others have decided to opt in to the class. The absolute deadline to respond is October 21, 2016 but please respond immediately so we can begin processing the claim..
>
> Once you have made your decision, all you need to do to participate in the case is to sign and date the consent form. Please feel free to mail the enclosed signed consent form to the firm or feel free to fax to 210-212-5880 or you can also scan and email it back to me. Please fill out the contact information on the form.



EXHIBIT
I

As indicated by the form, retaliation by the company against present or former employees is illegal. If you have any questions concerning this matter, please contact the firm at (210) 212-7979 and ask for Angela Maldonado.

Very Truly Yours,

Angela Maldonado

Poncio Law Offices, P.C.

5410 Fredericksburg Rd., Suite 109

San Antonio, TX 78229

(210) 212-7979 Telephone

(210) 212-5880 Facsimile

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please destroy and notify the sender immediately.  If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ESPINOSA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | Civil Action No. <u>5:15-cv-00879-XR</u> |
| **STEVENS TANKER DIVISION, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

### <u>NOTICE TO PRESENT AND FORMER DISPATCH EMPLOYEES</u>

TO:   Current and former Dispatchers of STEVENS TANKER DIVISION, LLC, who worked at any time from October 12, 2012, to the present and who were paid a salary and not an hourly wage

RE:   Unpaid Hourly Overtime lawsuit against STEVENS TANKER DIVISION, LLC.

**1.      Why am I getting this notice?**

Michael Espinosa ("Plaintiff") has filed a lawsuit against STEVENS TANKER DIVISION, LLC, ("Defendant") to recover unpaid overtime wages allegedly owed under federal law.   Defendant's records show that you work or have previously worked at STEVENS TANKER DIVISION, LLC, as a dispatcher at any time since October 12, 2012, to the present. As a result, you are eligible to participate in the lawsuit, and this Notice is to inform you of your right to participate in the lawsuit.

**2.      What is the lawsuit about?**

Plaintiff alleges that he was not paid the required overtime rate for hours worked during weeks in which he worked in excess of forty (40) hours per workweek.   In addition to the overtime wages allegedly owed, Plaintiff is also asking the Court to award him an amount equal to the overtime wages as liquidated damages, and attorneys' fees and costs.   Defendant disputes Plaintiff's claim to the damages alleged.   The Court has not decided who is right.

**3.      What are my options?**

You can make a claim for allegedly unpaid overtime wages and damages in this case. To do so, you must fill out the enclosed Notice of Consent, sign it and return it to the attorney representing Plaintiffs so that it is postmarked or faxed by not later than **October 21, 2016 (60 days from the date this Notice was mailed to you by Plaintiff's attorney)**. Your Consent form should be mailed to:  **STEVENS TANKER DIVISION, LLC. Collective Action, c/o Poncio Law Offices, P.C., 5410 Fredericksburg Road, Suite 109, San Antonio, Texas 78229-3550** or you may fax it to **(210) 212-5880 or email it to FLSA@ponciolaw.com**.  If you complete, sign and timely return your Consent form to join this case, you will be represented by Plaintiff's attorneys, Adam Poncio, PONCIO LAW OFFICES, P.C.  PONCIO LAW OFFICES, P.C. AND ATTORNEY CHRIS MCJUNKIN.  THEY ARE representing Plaintiffs (and other persons who have joined, and who may join, this lawsuit) on a contingent fee basis.  This means that if you receive money in this case, a percentage of your recovery will go to PONCIO LAW OFFICES, P.C. AND CHRIS MCJUNKIN, unless the Court orders Defendant to pay these fees separately or Defendant agrees to pay fees as part of any settlement.  If you decide to participate in this case, you may be required to provide documents, information relevant to your claim and/or testify in discovery and/or at trial.

You may choose to hire your own lawyer.  If you do hire your own attorney, you will not be a part of this case and will not receive any additional wages through this case, should it be found in this case that you were eligible to receive them.

You do not have to do anything if you do not wish to join this case or hire your own lawyer.

**4.      How may I get more information?**

If you have questions about joining the lawsuit, you may get more information by calling:

The attorneys for the Plaintiffs:  Adam Poncio with PONCIO LAW OFFICES, P.C., (210) 212-7979; or (800) 212-7979 or by email at FLSA@ponciolaw.com

The attorneys for Defendant: Stephen C. Key, John L. Freeman, Key Harrington Barnes, PC, 3710 Rawlins St., Suite 950, Dallas, TX 75219, (214) 615-7923 Telephone.

**5.      Can Defendants retaliate against me?**

No.  It is against federal law for Defendant to retaliate against you or any present or former employee for filing a claim to recover wages that you may be owed.

## THIS IS A COURT-ORDERED NOTICE,
## NOT AN ADVERTISEMENT FROM A LAWYER

## CONSENT TO JOIN OVERTIME LAWSUIT

Civil Action No. SA-5:15-cv-879-XR

Michael Espinosa v. Stevens Tanker Division, LLC

In the United States District Court for the Western District of Texas, San Antonio Division.

Court-imposed deadline to return this Consent Form is: October 21, 2016, (60 days after mailing date of Notice).

Print Name: _____

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate Adam Poncio of Poncio Law Offices, P.C. and Chris McJunkin Law Office  as my attorney to prosecute my wage claims.

4. I consent to the named Plaintiff, Michael Espinosa, in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature₁: _____

Date Signed: _____

Address:

_____

Phone and Email Address:

_____

_____

```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF TEXAS
 2                          SAN ANTONIO DIVISION

 3     MICHAEL ESPINOSA                §
                                       §
 4              Plaintiff,             §
                                       §
 5     v.                              §Civil Action No. 5:15-cv-879
                                       §
 6     STEVENS TANKER DIVISION, LLC,   §
                                       §
 7              Defendant.             §
       * * * * * * * * * * * * * * * * * * * * * * * * * * *
 8                          ORAL DEPOSITION OF

 9                          MICHAEL ESPINOSA

10                          OCTOBER 07, 2016

11                          VOLUME 1 OF 1

12     * * * * * * * * * * * * * * * * * * * * * * * * * * *

13              ORAL DEPOSITION OF MICHAEL ESPINOSA, produced as

14     a witness at the instance of Stevens Tanker Division,

15     represented by Stephen Key of Key, Harrington, Barnes, and

16     duly sworn, was taken in the above-styled and numbered

17     cause on the 7th day of October, 2016, from 10:23 a.m. to

18     4:09 p.m., before Sarah Murphy, CSR in and for the State

19     of Texas, reported by machine shorthand, at the Poncio Law

20     Offices, 5410 Fredericksburg Road, Suite 109, San Antonio,

21     Texas 78229, pursuant to the Federal Rules of Civil and

22     the provisions stated on the record or attached hereto.

23

24

25
```

EXHIBIT
"J"

| | | |
|---|---|---|
| 03:13 | 1 | A.   No. |
| | 2 | Q.   Do you -- What communications have you had with |
| | 3 | other opt-ins? |
| | 4 | A.   I haven't. |
| 03:13 | 5 | Q.   None at all? |
| | 6 | A.   Not on this. |
| | 7 | Q.   Not on what? |
| | 8 | A.   Not on this. |
| | 9 | Q.   So you have had some communications with them, |
| 03:13 | 10 | just not about this case? |
| | 11 | A.   Yes.  Those that I've remained friends with and |
| | 12 | in contact with. |
| | 13 | Q.   All right.  Who have you had communication with |
| | 14 | among the opt-ins to this case? |
| 03:14 | 15 | A.   I don't know.  I don't know who the opt-ins are. |
| | 16 | Q.   Any? |
| | 17 | A.   Sabrina.  But we don't talk about this. |
| | 18 | MR. KEY:  Can you pull up the opt-in list? |
| | 19 | Q.  (By Mr. Key)  Fay Hart opted into this lawsuit. |
| 03:14 | 20 | Do you know a Fay Hart? |
| | 21 | A.   No, sir. |
| | 22 | Q.   Have you ever had any communication with an |
| | 23 | individual by the name of Fay Hart? |
| | 24 | A.   I don't know who that is. |
| 03:15 | 25 | Q.   So is that a "no"? |

Deposition of Michael Espinosa                    Michael Espinosa vs. Stevens Tanker Division, LLC

| | | | |
|---|---|---|---|
| 03:15 | 1 | A. | No. |
| | 2 | Q. | Krystynn McCaffrey? |
| | 3 | A. | No. |
| | 4 | Q. | No?  Do you know who that is? |
| 03:15 | 5 | A. | No. |

6     Q.   Have you ever had any communications with anyone

7 who held themselves out by the name Krystynn Y. McCaffrey?

8     A.   I worked with a "Krystynn," but I never knew the

9 last names.

03:15  10     Q.   And since -- since leaving Stevens Transport --

11 let me make it easier.

12       In the last six months, have you had any

13 communications with anyone named Krystynn who you knew to

14 be a former employee of Stevens Transport -- or --

03:15  15     A.   No, sir.

16     Q.   -- Tanker Division?

17     A.   No, sir.

18     Q.   Kiya McChristian?

19     A.   No.

03:16  20     Q.   "No," you don't know who that is?

21     A.   No, I don't know who that is.

22     Q.   Have you had any communications with anybody in

23 the last six months named Kiya?  And it's possible I'm

24 mispronouncing it.  It's -- It's K-I-Y-A.

03:16  25     A.   No, sir.

| | | |
|---|---|---|
| 03:16 | 1 | Q.   Lorrie Ellen Merritt? |
| | 2 | A.   No, sir. |
| | 3 | Q.   Mark Elwin Murray? |
| | 4 | A.   I worked with a "Mark," but I don't know if |
| 03:16 | 5 | that's him. |
| | 6 | Q.   Have you had any communications in the last six |
| | 7 | months with an individual named Mark who you knew to be a |
| | 8 | former employee or current employee of Stevens Tanker |
| | 9 | Division? |
| 03:16 | 10 | A.   No, sir. |
| | 11 | Q.   Same question with Heather Shipp. |
| | 12 | A.   No, sir. |
| | 13 | Q.   No communications in the last six months? |
| | 14 | A.   No, sir. |
| 03:16 | 15 | Q.   Melissa Wooten? |
| | 16 | A.   No, sir. |
| | 17 | Q.   Robert Zook? |
| | 18 | A.   I worked with a Robert.  I don't know if that's |
| | 19 | the same one, but, no. |
| 03:17 | 20 | Q.   No communications? |
| | 21 | A.   No communications. |
| | 22 | Q.   Have you -- Have you reached out in any form -- |
| | 23 | e-mail, telephone, texting, person-to-person, any form of |
| | 24 | contact with your former -- or -- yeah, your former |
| 03:17 | 25 | coworkers at Tanker Division for the purpose of getting |

| 03:17 | 1 | them to opt-in to this lawsuit? |
|---|---|---|
| | 2 | A.   No, sir. |
| | 3 | Q.   Not at all? |
| | 4 | A.   No. |
| 03:17 | 5 | Q.   Have you been provided with a list of current |
| | 6 | and former dispatchers by your counsel and asked to assist |
| | 7 | in soliciting new cust -- new clients? |
| | 8 | A.   No, sir. |
| | 9 | Q.   In July of 2014, do you recall if you were night |
| 03:18 | 10 | shift or day shift? |
| | 11 | A.   No, sir. |
| | 12 | Q.   Approximately how long was your employment when |
| | 13 | you switched from nights to days? |
| | 14 | A.   I don't remember. |
| 03:18 | 15 | (Exhibit Number 27 marked) |
| | 16 | Q.   (By Mr. Key)   The document in front of you is |
| | 17 | marked 27.   It's an e-mail from you on July 23rd, 2014, |
| | 18 | 5:50 a.m.   Would you agree with me that that's true?   This |
| | 19 | is an e-mail from you? |
| 03:18 | 20 | A.   Yeah.   But I don't -- yes. |
| | 21 | Q.   And do you recognize the -- the content of that |
| | 22 | e-mail as being a -- a -- a screen grab of the Omnitracs |
| | 23 | system? |
| | 24 | A.   I don't remember what this is. |
| 03:19 | 25 | Q.   So it's -- it's a -- it's an e-mail you sent |