MICHAEL ESPINOSA, ET AL.,  §
  §
  §
  *Plaintiffs*,  §
  §
  §
*v.*  §  Civil Action No.  SA-15-CV-879-XR
  §
  §
STEVENS TANKER DIVISION, LLC,  §
  §
  §
  *Defendant*.  §
  §

## ORDER

This case is set for a status conference and hearing on all pending motions on **Monday, February 27, 2017 at 2:00 p.m.** in Courtroom 3.

It is so ORDERED.

SIGNED this 21st day of February, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE