IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA,<br>Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-879-XR |
| | § § § | |
| STEVENS TANKER DIVISION, LLC,<br>Defendant. | § § | |

## PLAINTIFFS' OPPOSED MOTION TO QUASH, FOR PROTECTIVE ORDER AND OBJECTIONS TO DEFENDANT'S NOTICE FOR ORAL DEPOSITIONS OF MICHELLE McDOUGAL, KRYSTYNN McCAFFREY, CARLY POWELL AND MARK MURRAY

Now comes Plaintiffs in the above-styled and numbered cause and files this his Motion to Quash, For Protective Order and Objections to Defendant's Notice of Intention to take the Oral Deposition of Plaintiffs Michelle McDougal, Krystynn McCaffrey, Carly Powell and Mark Murray noticed for Friday, April 28, 2017, in the above matter, and for cause would respectfully show unto the Court the following:

### OVERVIEW

Defendant did not confer on agreeable date or time; scheduled the depositions on a date that conflicts with previously scheduled depositions; the deponents include one who will be opting out, Plaintiff is unable to schedule the depositions on such short notice and Plaintiff's Motion for Decertification is pending.

## DECERTIFICATION MUTES DEPOSTIONS OF OPT-INS IN PLAINTIFF ESPINOSA'S LAWSUIT

Plaintiff's Motion to Decertify Conditional Class was filed on March 21, 2017. Plaintiff filed the Decertification Motion because discovery had shown that Plaintiff and opt-in plaintiffs are not similar for class purposes and opt-in plaintiffs worked under different conditions that Plaintiff Espinosa. (DE 91).

## DEFENDANT DID NOT CONFER WITH PLAINTIFF'S COUNSEL PRIOR TO SCHEDULING THESE DEPOSITIONS

Defendant was aware on March 29, 2017, that the Court was not extending the discovery deadline past Mary 1, 2017. (The Court's text order denying Plaintiff's request to extend discovery deadline past May 1, 2017).

April 5, 2017: Plaintiff gave Defendant notice that the depositions of Ayala and Moore would take place in Plaintiff's Counsel on April 28, 2017. (Ex.1)

April 20, 2017, Defendant sent the Notice of Intention to Take the Oral Depositions of four opt-in plaintiffs without consulting with Plaintiff's counsel as to scheduling or availability on April 28, 2017.

### DEFENDANT'S NOTICES FOR APRIL 28, 2017, CONFLICT WITH PREVIOUSLY SCHEDULED DEPOSITIONS SUBPOENAED FOR APRIL 28, 2017.

APRIL 8 AND 10, 2017: PLAINITFF SUBPOENAED TWO FORMER EMPLOYEES TO BE DEPOSED ON APRIL 28, 2017

Plaintiff Espinosa had two dispatch supervisors: Hilton Ayala and Barbara Moore. Plaintiff had requested whether Defendant would make these witnesses available; Defendant did not; and Plaintiff was required to issue subpoenas.

March 29, 2017: The Court's text order denyied Plaintiff's request to extend discovery deadline past May 1, 2017.

April 5, 2017: Plaintiff issued Defendant notice that the depositions of Ayala and Moore would take place in Plaintiff's Counsel on April 28, 2017. (Ex,1)

April 8, 2017: Plaintiff subpoenaed Barbara Moore ordering Moore to appear for deposing in Plaintiff's counsel's office on April 28, 2017, beginning at 1:00 p.m..(Ex. 3)

April 10, 2017: Plaintiff subpoenaed Hilton Ayala ordering Ayala to appear for deposing in Plaintiff's counsel's office on April 28, 2017, beginning at 10:00 a.m. (Ex. 2)

## MICHELLE McDOUGAL

Counsel is waiting on an opt-out form from Ms.McDougal. Additionally,

## LENGTH OF DEPOSITIONS

Defendant has noticed 4 depositions to be taken on 1 day. This is not reasonable.

Defendant has previous depositions:

    a. Plaintiff Espinosa lasted from 10:28 am to 5:22 p.m. (Ex. 4)

    b. Louis Willis lasted from 10:23 a..m. to 4:09 p.m. (Ex. 5)

Based on the above, Plaintiffs hereby file their Motion to Quash and request for protective order and objections thereto.

## 2.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant Plaintiffs Motion to Quash, For Protective Order and/or sustain their objections. Plaintiffs further pray for all other relief as Plaintiffs may show themselves justly entitled.

Respectfully Submitted,

BY: /s/ Adam Poncio
    ADAM PONCIO
    State Bar No. 16109800

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:  (210) 212-7979
Facsimile:  (210) 212-5880

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

    Stephen C. Key
    John L. Freeman
    3710 Rawlins Street, Suite 950
    Dallas, Tx 75219
    (214) 615-7929 (Key Telephone)
    (214) 615-7923 (Freeman Telephone)
    (214) 615-7926 Facsimile

                                                    /s/ Adam Poncio

                                           **ADAM PONCIO**

# Exhibit 1

# Angela Maldonado

| | |
|---|---|
| **From:** | Angela Maldonado <amaldonado@ponciolaw.com> |
| **Sent:** | Wednesday, April 05, 2017 1:54 PM |
| **To:** | skey@keyharrington.com; jfreeman@keyharrington.com |
| **Cc:** | 'Chris McJunkin'; 'Adam Poncio'; 'Misty Eubanks' |
| **Subject:** | RE: Activity in Case 5:15-cv-00879-XR Michael Espinosa v. Stevens Tanker Division. LLC Order on Motion for Miscellaneous Relief |

All,

Please not that that deposition notices for Ayala and Moore will be set for April 28, 2017 in our offices.

Sincerely,


Angela Maldonado

Poncio Law Offices
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, TX 78229
(210) 212-7979 Telephone
(210) 212-5880 Facsimile



**From:** Adam Poncio [mailto:SALAW@msn.com]
**Sent:** Wednesday, April 05, 2017 8:02 AM
**To:** skey@keyharrington.com; jfreeman@keyharrington.com
**Cc:** Chris McJunkin <cmcjunkin@stx.rr.com>; Angela Maldonado <amaldonado@ponciolaw.com>; Misty Eubanks <meubanks@keyharrington.com>
**Subject:** Fw: Activity in Case 5:15-cv-00879-XR Michael Espinosa v. Stevens Tanker Division. LLC Order on Motion for Miscellaneous Relief

As provided in the Court's 3/29/17 order set out below, I am attaching the 30(b)(6) depo notice and set for 5/1/17 and the notice for William Hayes set for 3/27. I will be re-noticing Ayala and Moore for 3/28 at our offices.

Adam Poncio
Board Certified-Labor and Employment Law
Board Certified-Civil Appellate Law
Texas Board of Legal Specialization

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550

1

(210) 212-7979 Telephone
(210) 212-5880 Facsimile

---

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Wednesday, March 29, 2017 3:35 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 5:15-cv-00879-XR Michael Espinosa v. Stevens Tanker Division. LLC Order on Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]
Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 3/29/2017 at 3:35 PM CDT and filed on 3/29/2017
**Case Name:** Michael Espinosa v. Stevens Tanker Division. LLC
**Case Number:** 5:15-cv-00879-XR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING IN PART [90] Motion to Set Deadline and Compel entered by Judge Xavier Rodriguez. As to Plaintiffs request for production, Defendant is to produce all responsive documents relating to the remaining opt-in plaintiffs by April 4, 2017. As to Plaintiffs request that Defendant provide deposition dates for the witnesses identified at the February 27 hearing, Plaintiffs are authorized to notice depositions of these witnesses on a date convenient for Plaintiffs counsel if Defendant does not provide dates by April 4, 2017. Plaintiffs request for an extension of the discovery period is DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (pp)**

**5:15-cv-00879-XR Notice has been electronically mailed to:**

Adam Poncio     salaw@msn.com, amaldonado@ponciolaw.com, vsturgis@ponciolaw.com

Christopher Edwin McJunkin     cmcjunkin@stx.rr.com

John L. Freeman     jfreeman@keyharrington.com, meubanks@keyharrington.com

Stephen C. Key     skey@keyharrington.com, kporter@keyharrington.com, meubanks@keyharrington.com

**5:15-cv-00879-XR Notice has been delivered by other means to:**

# Exhibit 2

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MICHAEL ESPINOSA,<br>*Plaintiff*<br>v.<br>STEVENS TANKER DIVISION, LLC,<br>*Defendant* | )<br>)<br>)  Civil Action No. 5:15-CV-00879-XR<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: HILTON AYALA

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 5410 Fredricksburg Rd., Suite 109<br>San Antonio, Texas 78229 | Date and Time:<br>04/28/2017 10:00 am |
|---|---|

The deposition will be recorded by this method: Court reporter and possibly videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/05/2017

*CLERK OF COURT*

_____   OR   _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Michael Espinosa _____, who issues or requests this subpoena, are:

Adam Poncio, 5410 Fredricksburg Rd., Suite 109, San Antonio, Texas 78229   (210) 212-7979   salaw@msn.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 5:15-CV-00879-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Hilton Ayala
on *(date)* 4-5-17 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Hilton Ayala

on *(date)* 4-10-17 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-10-17

_____
Server's signature

Mario V. Cordova  SCH 2353 Exp 12-31-18
*Printed name and title*

3658 Candlehead Ln, San Antonio TX 78244
*Server's address*

Additional information regarding attempted service, etc.:

# Exhibit 3

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| MICHAEL ESPINOSA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:15-CV-00879-XR |
| STEVENS TANKER DIVISION, LLC, | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                          BARBARA MOORE

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 5410 Fredricksburg Rd., Suite 109 San Antonio, Texas 78229 | Date and Time: 04/28/2017 1:00 pm |
|---|---|

The deposition will be recorded by this method:    Court reporter and possibly videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

       The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    04/05/2017

*CLERK OF COURT*

                                               OR       [signature]

*Signature of Clerk or Deputy Clerk*                                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Michael Espinosa                                      , who issues or requests this subpoena, are:

Adam Poncio, 5410 Fredricksburg Rd., Suite 109, San Antonio, Texas 78229    (210) 212-7979    salaw@msn.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 5:15-CV-00879-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Barbara Moore
on *(date)* 4-5-17 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Barbara Moore

_____ on *(date)* 4-8-17 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-8-17

_____
Server's signature

Macio V. Cordova  SCH2353  Exp 12-31-18
Printed name and title

3658 Candlehead Ln, San Antonio TX 78244
Server's address

Additional information regarding attempted service, etc.:

# Exhibit 4

**Page 1**

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF TEXAS
 2          SAN ANTONIO DIVISION
 3   MICHAEL ESPINOSA      §
                           §
 4        Plaintiff,       §
                           §
 5   v.              §Civil Action No. 5:15-cv-879
                           §
 6   STEVENS TANKER DIVISION, LLC,§
                           §
 7        Defendant.       §
     *********************************
 8           ORAL DEPOSITION OF
 9           MICHAEL ESPINOSA
10           OCTOBER 07, 2016
11             VOLUME 1 OF 1
12   *********************************
13        ORAL DEPOSITION OF MICHAEL ESPINOSA, produced as
14   a witness at the instance of Stevens Tanker Division,
15   represented by Stephen Key of Key, Harrington, Barnes, and
16   duly sworn, was taken in the above-styled and numbered
17   cause on the 7th day of October, 2016, from 10:23 a.m. to
18   4:09 p.m., before Sarah Murphy, CSR in and for the State
19   of Texas, reported by machine shorthand, at the Poncio Law
20   Offices, 5410 Fredericksburg Road, Suite 109, San Antonio,
21   Texas 78229, pursuant to the Federal Rules of Civil and
22   the provisions stated on the record or attached hereto.
```

**Page 2**

```
 1            APPEARANCES
 2   FOR MICHAEL ESPINOSA:
 3
 4   MR. STEPHEN C. KEY
     KEY HARRINGTON BARNES, P.C.
 5   3710 Rawlins Street, Suite 950
     Dallas, Texas 75219
 6   Telephone: (214) 615-7929
     Fax:       (214) 615-7926
 7   Email: skey@keyharrington.com
 8
 9   FOR STEVENS TANKER DIVISION, LLC:
10   MR. ADAM PONCIO
     MR. THOMAS N. CAMMACK, III
11   PONCIO LAW OFFICES
     5410 Fredericksburg Road, Suite 109
12   San Antonio, Texas 78229-3550
     Telephone: (210) 212-7979
13   Fax:       (210) 212-5880
     Email: salaw@msn.com
14
...
21   ALSO PRESENT:
22   MR. BRUCE DEAN, OBSERVER FOR STEVENS TANKER DIVISION
23   MS. SARAH MURPHY, TEXAS CERTIFIED SHORTHAND REPORTER
```

**Page 3**

```
 1              INDEX
 2                            PAGE
 3   APPEARANCES..................      2
 4   THE WITNESS: MICHAEL ESPINOSA
 5   Examination by Mr. Stephen Key........   5
 6   Signature and Changes.................  182
 7   Reporter's Certificate................  184
 8   Further Certification.................  186
 9           EXHIBITS
10   NO.       DESCRIPTION         PAGE MARKED
11   Exhibit 1   Plaintiff Original Complaint   24
12   Exhibit 2   Initial Disclosures            30
13   Exhibit 3   Letter for Sabrina Watts       43
14   Exhibit 4   July 21, 2014 e-mail           46
15   Exhibit 5   Pictures                       48
16   Exhibit 6   May 14, 2014 e-mail            67
17   Exhibit 7   May 16, 2014 e-mail            71
18   Exhibit 8   July 23, 2014 e-mail           81
19   Exhibit 9   April 29, 2014 e-mail          86
20   Exhibit 10  July 22, 2014 e-mail           95
21   Exhibit 11  August 23, 2014 e-mail        100
22   Exhibit 12  August 24, 2014 e-mail        104
23   Exhibit 13  May 1, 2014 e-mail            108
24   Exhibit 14  September 17, 2014 e-mail     114
25   Exhibit 15  June 25, 2014 e-mail          117
```

**Page 4**

```
 1   Exhibit 16  April 30, 2014 e-mail         119
 2   Exhibit 17  June 25, 2014 e-mail          122
 3   Exhibit 18  September 15, 2014 e-mail     123
 4   Exhibit 19  October 15/16, 2014 e-mail    126
 5   Exhibit 20  August 21, 2014 e-mail        129
 6   Exhibit 21  August 22, 2014 e-mail        131
 7   Exhibit 22  May 27, 2014 e-mail           131
 8   Exhibit 23  August 23, 2014 e-mail        133
 9   Exhibit 24  August 24, 2014 e-mail        139
10   Exhibit 25  August 21, 2014 e-mail        140
11   Exhibit 26  October 3, 2014 e-mail        144
12   Exhibit 27  July 23, 2014 e-mail          153
13   Exhibit 28  October 13, 2014 e-mail       154
14   Exhibit 29  Document                      157
```

Ex 4

# Exhibit 5

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF TEXAS
 2            SAN ANTONIO DIVISION

 3   MICHAEL ESPINOSA,        )
                              )
 4       Plaintiff,           )
                              ) Civil Action
 5   V.                       ) No. 5:15-cv-879
                              )
 6   STEVENS TANKER DIVISION, LLC, )
                              )
 7       Defendant.           )

 8   ********************************************************

 9            THE ORAL DEPOSITION OF

10                 LOUIS WILLIS

11              FEBRUARY 20, 2017

12   ********************************************************

13         THE ORAL DEPOSITION of LOUIS WILLIS,

14   produced as a witness at the instance of the

15   Defendant, and duly sworn, was taken in the

16   above-styled and numbered cause on the 20th day of

17   February, 2017, from 10:28 a.m. to 5:22 p.m., before

18   TERRY L. LOCHTE, Certified Court Reporter in and for

19   the State of Texas, reported by stenographic and

20   computer-aided transcription, at the PONCIO LAW

21   OFFICES, 5410 Fredericksburg Road, Suite 109,

22   San Antonio, Texas 78229-3550, pursuant to the

23   Federal Rules of Civil Procedure, and the provisions

24   stated on the record attached hereto.

25
```

## Page 2

```
 1              S-T-I-P-U-L-A-T-I-O-N-S

 2

 3         It is stipulated and agreed by and

 4   between counsel for the respective parties hereto

 5   that the original transcript of the deposition of

 6   LOUIS WILLIS shall be sent to ADAM PONCIO, attorney

 7   for the plaintiff, for the purpose of obtaining the

 8   signature of the witness thereon before any notary

 9   public.

10                    -oOo-
```

## Page 3

```
 1            A-P-P-E-A-R-A-N-C-E-S:

 2   FOR PLAINTIFF LOUIS WILLIS:

 3      CHRISTOPHER MCJUNKIN
        LAW OFFICE OF CHRISTOPHER MCJUNKIN
 4      2842 Lawnview
        Corpus Christi, Texas 78404
 5      PHONE: (361) 882-5747
        FAX: (361) 882-8926
 6      E-MAIL: cmcjunkin@stx.rr.com

 7

 8   FOR DEFENDANT STEVENS TANKER DIVISION, LLC:

 9      STEPHEN C. KEY
        KEY HARRINGTON BARNES, PC
10      3710 Rawlins Street, Suite 950
        Dallas, Texas 75219
11      PHONE: (214) 615-7929
        FAX: (214) 615-7926
12      E-MAIL: skey@keyharrington.com

13

14

15

16   ALSO PRESENT:

17      LOUIS WILLIS,
        The Witness; and
18
        TERRY L. LOCHTE,
19      Certified Court Reporter.
```

## Page 4

```
 1                   I-N-D-E-X
 2   THE WITNESS:
 3   LOUIS WILLIS                              PAGE
 4
 5   Stipulations .................................. 2
 6   Appearances ................................... 3
 7   Index ......................................... 4
 8   Exhibit Index ............................... 4-6
 9   Examination by Mr. Key ........................ 7
10   Examination by Mr. McJunkin ................. 185
11   Examination by Mr. Key ...................... 217
12   Examination by Mr. McJunkin ................. 227
13   Examination by Mr. Key ...................... 228
14   Witness Signature Page ...................... 233
15   Reporter's Jurat ............................ 234
16

17             E-X-H-I-B-I-T  I-N-D-E-X
18   EXHIBIT
     NO.        DESCRIPTION                     PAGE
19
20   Exhibit 1  E-Mail Correspondence,            8
                TD-E 002822
21
22   Exhibit 2  E-Mail Correspondence,           25
                TD-E 002781
23
     Exhibit 3  E-Mail Correspondence,           59
24              TD-E 002782-002783

25   Exhibit 4  E-Mail Correspondence,           64
                TD-E 002824
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-879-XR |
| | § | |
| | § | |
| STEVENS TANKER DIVISION, LLC, | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFFS' OPPOSED MOTION TO QUASH, FOR PROTECTIVE ORDER AND OBJECTIONS TO DEFENDANT'S NOTICE FOR ORAL DEPOSITIONS OF MICHELLE McDOUGAL, KRYSTYNN McCAFFREY, CARLY POWELL AND MARK MURRAY

The matter before the Court is Plaintiffs' Motion to Quash, For Protective Order and Objections to Defendant's Notice of Intention to take the Oral Deposition of Opt-In Plaintiffs Michelle McDougal, Krystynn McCaffrey, Carly Powell and Mark Murray. Having considered the motion and the status of this case, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Quash, For Protective Order and Objections to Defendant's Notice of Intention to take the Oral Deposition of Michelle McDougal, Krystynn McCaffrey, Carly Powell and Mark Murray is hereby GRANTED.

Signed this _____ day of April, 2017

_____
XAVIER RODRIGUEZ
Honorable United States District Judge