IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESPINOSA, ET. AL. | § § § | |
| VS. | § § | CASE NO. 5:15-CV-00879-XR |
| STEVENS TANKER DIVISION, LLC | § § § | |

### NOTICE OF DISMISSAL OF OPT-IN

Plaintiffs hereby notify the court that Krystynn McCaffrey has decided to opt-out of the above styled case and requests that the court order the dismissal of her claims.

Respectfully Submitted,

/s/ Adam Poncio
Adam Poncio
State Bar No. 16109800
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone:    (210) 212-7979
Facsimile:    (210) 212-5880

Chris McJunkin
State Bar # 13686525
2842 Lawnview
Corpus Christi, Texas 78404
Telephone:  (361) 882-5747
Facsimile:   (361) 882-8926

## CERTIFICATE OF SERVICE

**I hereby certify that on this 1st day of May 2017, a true and correct copy of the foregoing document was delivered through electronic filing pursuant to the Federal Rules of Civil Procedure:**

Stephen C. Key
John L. Freeman
Key Harrington Barnes, PC
3710 Rawlins St., Suite 950
Dallas, TX 75219
(214) 615-7923 Telephone
(214) 615-7926 Facsimile

        /s/ Adam Poncio
        Adam Poncio

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MICHAEL ESPINOSA, ET. AL.** | § § § | |
| **VS.** | § § | **CASE NO. 5:15-CV-00879-XR** |
| **STEVENS TANKER DIVISION, LLC** | § § § | |

## ORDER GRANTING DISMISSAL OF OPT-IN

The Court, after considering Plaintiff's Notice of Dismissal, and all responses and replies, hereby grants such motion. The consent and opt-in of Krystynn McCaffrey are voided and dismissed.

Signed the _____ day of _____ 2017.

_____
UNITED STATES DISTRICT JUDGE